**Affirmed and Memorandum Opinion filed January 19, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00636-CR

_____

**BENJAMIN CHARLES THORNBURG, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 52,657**

## MEMORANDUM OPINION

Appellant entered a plea of guilty to the offense of attempted aggravated kidnapping. The trial court deferred adjudicating guilt and placed appellant under community supervision for a period of eight years. Subsequently, the State moved to adjudicate guilt. On May 6, 2011, the trial court adjudicated guilt and sentenced appellant to confinement for eleven years in the Institutional Division of the Texas Department of Criminal Justice. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. (Tex. Crim. App.1991). As of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Hedges, Justices Jamison and McCally.
Do Not Publish — Tex. R. App. P. 47.2(b).